IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:22-CR-00296-AB |
|               Plaintiff, | ORDER GRANTING MOTION TO REDUCE SENTENCE |
|     v. | |
| RUSSELL BRIGGS, | |
|               Defendant. | |

**BAGGIO, United States District Court Judge:**

This matter is before the Court on the defendant's unopposed motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served, to be followed by three years of supervised release. The Court orders that the amended judgement will include an additional special condition of supervision for participation in mental health counseling as needed, pursuant to the Probation Officer. All other terms and conditions of supervised release shall remain in full force and effect.

The Court concludes that the defendant's release pursuant to this order is consistent with the currently applicable U.S. Sentencing Commission policy statements and that the defendant's

**PAGE 1.**     ORDER GRANTING MOTION TO REDUCE SENTENCE

release does not pose a danger to the community. The Court therefore GRANTS the Motion to Reduce Sentence. The Court orders that this order shall go into effect 24 hours after the date of the amended judgment, in order to allow for medically appropriate travel arrangements.

IT IS HEREBY ORDERED that an amended judgment and commitment order shall be prepared and entered forthwith in accordance with this decision.

Dated this  7th  day of May, 2025.

*Amy M. Baggio*
Hon. Amy M. Baggio
United States District Court Judge

Submitted by:

*s/ Jessica G. Snyder*
Jessica Greenlick Snyder
Assistant Federal Public Defender

**PAGE 2.    ORDER GRANTING MOTION TO REDUCE SENTENCE**